THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>JOAQUIN DOMINGUEZ,<br><br>　　　　　　Defendant. | CASE NO. CR18-0204-JCC<br><br>ORDER |

　　　This matter comes before the Court on Defendant's unopposed motion to extend the indictment deadline (Dkt. No. 19). Having thoroughly considered the motion (Dkt. No. 19), Defendant's waiver of speedy indictment (Dkt. No. 20), and the relevant record, the Court hereby GRANTS the motion for the reasons explained herein.

　　　It would be unreasonable to require the filing of an indictment within the period required by statute because of the need to conduct further investigation, obtain discovery, and engage in plea negotiations. Without an extension, the Government and Defendant would be denied the reasonable time necessary for effective preparation and negotiation. Therefore, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and Defendant's interest in a speedy indictment.

　　　The Court therefore ORDERS that the date on or before an indictment must be filed is EXTENDED from November 30, 2018 to January 25, 2019.

1 | The Court further ORDERS that the period of delay from November 30, 2018 to January 25, 2019 is excludable time pursuant to 18 U.S.C. § 3161(h)(7)(A) for the purpose of computing the time limitations imposed by the Speedy Trial Act.

DATED this 14th day of November 2018.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
CR18-0204-JCC
PAGE - 2